**Order entered October 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00299-CR

**KENNETH ALLEMAN MIDGLEY, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82836-2017**

## ORDER

Before the Court is appellant's October 8, 2019 pro se motion to extend the time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **January 31, 2020**.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for the State and a copy of this order, by first class mail, to Kenneth Alleman Midgley II; TDCJ No. 02252631; Allred Unit; 2101 FM 369 North; Iowa Park, Texas 76367.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE